UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, NY 11722-4451
(631) 712-5730

BEFORE: ARLENE R. LINDSAY  DATE: 3/23/2009
United States Magistrate Judge
TIME: 2:30 pm

DOCKET NO: CV 08-1168 (LDW)

CASE: Cedeno v. Home Mortgage

___ INITIAL CONFERENCE
_X_ STATUS CONFERENCE                    BY TELEPHONE _X_
___ SETTLEMENT CONFERENCE
___ FINAL CONFERENCE ORDER

APPEARANCES:       FOR PLAINTIFF:       FOR DEFENDANT:
                   Erik Langeland       Ari Karen
                   Jon Tostrud

**The following rulings were made:**

The plaintiff's motion for sanctions for defendants' communication with class members is denied. The court will not bar the defendants and their counsel from contacting past or current employees of Home Mortgage as it finds that the communication which was sent was not in any way coercive as suggested by the plaintiffs. To the extent that plaintiffs' counsel wishes to insure that those contacted were aware of Mr. Karen's and Rosenzweig's status in the action, counsel may address a letter to those employees who may have been contacted advising them that Mr. Rosenzweig and Mr. Karen represent the defendants. The plaintiffs are not permitted to reissue the Notice or in any way suggest that counsel for the defendants contact was improper. Counsel for the plaintiffs shall immediately contact defendants' counsel for the purpose of scheduling the depositions of the plaintiffs and the two affiants. Counsel for the defendant shall indicate in writing that the defendants do not possess documents supporting the counterclaims. The plaintiffs shall provide copies of their W2 and 1099s. Plaintiffs shall not be required to provide their tax returns at this time.

SO ORDERED:
_____/s/_____