UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WALTER CEDENO and PEDRO
MANZANARES, Individually, and
on behalf of all others similarly
situated,

                Plaintiffs,

        -against-

HOME MORTGAGE DESK CORP.,
d/b/a/ HOME DESK, and HMD MORTGAGE,
MICHAEL THEODORAKIS, and GEORGE
L. BENNINGER,

                Defendants.
------------------------------------------------------------X

MEMORANDUM AND ORDER

CV 08-1168

(Wexler, J.)

APPEARANCES:

    Erik Harald Langeland, P.C
    By: Erik H. Langeland, Esq.
    500 Fifth Avenue, Ste 1610
    New York, NY 10110
    Attorneys for Plaintiff

    Offit Kurman, P.A.
    By: Ari Karen, Esq.
    8171 Maple Lawn Blvd., Suite 200
    Maple Lawn, MD 20759
    Attorneys for Defendants

WEXLER, District Judge

    Presently before the court is the Report and Recommendation of Magistrate Judge Arlene Rosario Lindsay (the "R&R") dated May 27, 2009. The R&R recommends the granting of Plaintiff's motion to amend the complaint. Specifically, the R&R recommends that Plaintiff be granted leave to amend her complaint to name Michael Menicucci as a Defendant. Defendants

1

move to set aside the R&R.

Upon review of this matter, the R&R and the parties' submissions, the court hereby adopts the R&R. The Clerk of the Court is directed to terminate the motion to set aside the R&R.

SO ORDERED

                                            LEONARD D. WEXLER
                                            UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       June 30, 2009